EUGENE G. IREDALE: SBN 75292
 *egiredale@iredalelaw.com*
JULIA YOO: SBN 231163
 *jyoo@iredalelaw.com*
PETER BIBRING: SBN 223981
 *pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA  92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

JOSHUA J. NUNI: SBN 313724
 *jnuni@peopleslaw.la*
THE PEOPLE'S LAW PROJECT: LOS ANGELES
250 E 1st St, Suite 1201
Los Angeles, CA 90012
Telephone: (213) 293-9797
Fax: (213) 315-0020

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTHIA CECILIA FLORES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITIATION; FIDENCIO GUZMAN, Warden of Centinela State Prison, an individual; IGI LIEUTENANT DUARTE, an individual; SERGEANT K. SANTANA, an individual; CORRECTIONAL OFFICER L. SALORIO, an individual; CORRECTIONAL OFFICER E. MORENO, an individual; and DOES 1-10;<br><br>Defendants. | Case No. 25-cv-2632-BAS-MMP<br><br>**JOINT MOTION TO AMEND SCHEDULING ORDER [ECF 23]**<br><br>Mag. Judge: Hon. Michelle M. Pettit<br>Judge: Hon. Cynthia Bashant<br>Trial Date: June 14, 2027<br>Action Filed: Oct. 3, 2025 |

The parties, Plaintiff Cinthia Cecilia Flores and Defendants Fidencio Guzman, IGI Lieutenant Duarte, Lieutenant K. Santana, Correctional Officer L. Salorio, and Correctional Officer E. Moreno (collectively, "Defendants"), by and through their respective counsel of record, hereby submit this joint motion to amend the Court's Scheduling Order (ECF No. 23) for the sole purpose of allowing the parties to complete two depositions after the fact-discovery cutoff set for July 31, 2026. No other date set forth in the Scheduling Order would be affected by this request, and no discovery other than these two depositions would be conducted after the current fact-discovery cut-off. This motion is made pursuant to Federal Rule of Civil Procedure 16(b)(4) and Civil Local Rule 7.2 of the Southern District of California.

The Court entered its Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings on February 24, 2026, setting the deadline to complete fact discovery for July 31, 2026. (ECF No. 23.) The parties have not previously requested any amendment to that Order. This motion is timely made in advance of the current July 31, 2026 fact discovery cut-off.

Good cause exists to continue the fact discovery deadline.

First, the parties have diligently pursued the depositions of the parties and key witnesses in this case. Plaintiff has already taken the deposition of Defendant Moreno on June 18, 2026, and the deposition of Defendant Salorio on June 19, 2026. Defendants have taken the deposition of Plaintiff Cinthia Flores on July 1, 2026, and the parties have agreed that Defendants will take the deposition of Plaintiff Flores' husband, Cruz Gutierrez, and the deposition of Defendant Guzman both on July 29, 2026.

JOINT MOTION TO AMEND CASE SCHEDULE

Second, Plaintiff has requested deposition dates in July for all remaining named Defendants. Despite the parties' diligent efforts, however, they have been unable to find mutually agreeable dates to complete the depositions of two remaining named Defendants—Defendants Duarte and Santana— before the July 31, 2026 fact discovery cut-off.  Additionally, counsel for plaintiffs have conflicts that would preclude scheduling depositions during the first week of August, requiring an extension past that time.

Third, Defendant Duarte, a key party and witness in this case, has retired and is scheduled to be out of state on previously arranged travel for portions of the relevant period. Defendant Duarte's retirement and pre-planned travel has made him more difficult to schedule for deposition.

Fourth, there is no prejudice in granting the requested continuance. All other dates set by the Court's Scheduling Order will remain as currently set. The parties believe the MSC can proceed productively as scheduled on August 7, 2026, based on the discovery taken to date.  The deadline for disclosure of expert witnesses is September 11, 2026, three weeks after the time to complete the two depositions. As a result, the requested twenty-one-day extension of time to conduct these two depositions will not require any change to the expert disclosure deadlines, the expert discovery cut-off, the Mandatory Settlement Conference, or any pretrial or trial date.

Accordingly, the parties respectfully request that the Court grant this motion and simply amend the Scheduling Order to allow the parties to conduct the depositions of defendants Santana and Duarte after the discovery cut-off currently scheduled for July 31, 2026, but no later than August 21, 2026.

JOINT MOTION TO AMEND CASE SCHEDULE

Dated: July 17, 2026        Respectfully submitted,

THE PEOPLE'S LAW PROJECT: LOS ANGELES

By:     */s/ Joshua J. Nuni*
          Joshua J. Nuni
          Attorney for Plaintiff

IREDALE & YOO, APC

By:     */s/ Peter Bibring*
          Peter Bibring
          Attorney for Plaintiff

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

By:     */s/ Eric Miersma*
          Eric Miersma
          Deputy Attorney General
          Attorney for Defendants

JOINT MOTION TO AMEND CASE SCHEDULE