UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTHIA CECILIA FLORES,<br><br>                                    Plaintiff,<br><br>v.<br><br>FIDENCIO GUZMAN, et al.,<br><br>                                    Defendants. | Case No.:  25-cv-2632-BAS-MMP<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br><br>[ECF No. 26] |

Before the Court is the parties' Joint Motion to amend scheduling order. ECF No. 26. This is the parties' first request to amend the Scheduling Order. *Id.* at 2. The parties request a twenty-one day extension to the July 31, 2026, fact discovery cut-off in order to complete depositions of two remaining named Defendants, Defendants IGI Lieutenant Duarte and Lieutenant K. Santana. *Id.* at 3. No other dates set in the Court's Scheduling Order will be affected. *Id.*

//

//

//

//

1

25-cv-2632-BAS-MMP

For good cause shown, the Court **GRANTS** the Joint Motion and **AMENDS** the Scheduling Order as follows:

| Scheduling Order Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Completion | July 31, 2026 | August 21, 2026 |

For clarity, *only* the depositions of Defendants IGI Lieutenant Duarte and Lieutenant K. Santana may be conducted after July 31, 2026. All other dates and substantive provisions of the Court's Scheduling Order, ECF No. 23, remain in effect.

**IT IS SO ORDERED.**

Dated:  July 21, 2026

HON. MICHELLE M. PETTIT
United States Magistrate Judge

2

25-cv-2632-BAS-MMP