EUGENE G. IREDALE: SBN 75292
 *egiredale@iredalelaw.com*
JULIA YOO: SBN 231163
 *jyoo@iredalelaw.com*
PETER BIBRING: SBN 223981
 *pbibring@iredalelaw.com*
IREDALE & YOO, APC
105 West F Street, Fourth Floor
San Diego, CA  92101-6036
Telephone: (619) 233-1525
Fax: (619) 233-3221

JOSHUA J. NUNI: SBN 313724
 *jnuni@peopleslaw.la*
THE PEOPLE'S LAW PROJECT: LOS ANGELES
250 E 1st St, Suite 1201
Los Angeles, CA 90012
Telephone: (213) 293-9797
Fax: (213) 315-0020

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTHIA CECILIA FLORES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITIATION; FIDENCIO GUZMAN, Warden of Centinela State Prison, an individual; IGI LIEUTENANT DUARTE, an individual; SERGEANT K. SANTANA, an individual; CORRECTIONAL OFFICER L. SALORIO, an individual; CORRECTIONAL OFFICER E. MORENO, an individual; and DOES 1-10;<br><br>Defendants. | Case No. 25-cv-2632-BAS-MMP<br><br>**JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>Mag. Judge: Hon. Michelle M. Pettit<br>Judge: Hon. Cynthia Bashant<br><br>MSC Date: Aug. 7, 2026 |

The parties, Plaintiff Cinthia Cecilia Flores and Defendants Fidencio Guzman, IGI Lieutenant Duarte, Lieutenant K. Santana, Correctional Officer L. Salorio, and Correctional Officer E. Moreno (collectively, "Defendants"), by and through their respective counsel of record, hereby submit this joint motion to continue the Mandatory Settlement Conference ("MSC") currently scheduled for August 7, 2026.

The Court entered its Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings on February 24, 2026, setting the deadline to complete fact discovery for July 31, 2026 and setting the MSC for August 7, 2026. (ECF No. 23.) The parties filed a joint motion to extend fact discovery to August 21, 2026, for the sole purpose of taking two defendants' depositions, which the Court granted on July 21, 2026 (ECF Nos. 26, 27.) In that motion, the parties did not seek to alter any other dates in the discovery order.

However, in the course of discussions between the parties regarding settlement and the preparation of briefs for the MSC, the parties have come to believe that the MSC will be more productive if they are allowed to complete the remaining two depositions before the MSC.  The parties therefore respectfully request that the Court continue the MSC until on or after August 22, 2026, to allow the parties to complete the depositions of the last two defendants prior to the MSC.

The continuance will not require alteration of any other dates.  The parties have already submitted their MSC briefs.  The Court's Scheduling Order (ECF 23) requires disclosure of expert witnesses by September 11, 2026; completion of expert discovery by November 6, 2026; and filing of all motions by December 11,

1

JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE

2026.  None of those dates would be affected by a short continuance of the MSC. Accordingly, there is no prejudice in granting the request.

Dated: August 4, 2026      Respectfully submitted,

THE PEOPLE'S LAW PROJECT: LOS ANGELES

By:      */s/ Joshua J. Nuni*
      Joshua J. Nuni
      Attorney for Plaintiff

IREDALE & YOO, APC

By:      */s/ Peter Bibring*
      Peter Bibring
      Attorney for Plaintiff

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

By:      */s/ Eric Miersma*
      Eric Miersma
      Deputy Attorney General
      Attorney for Defendants

JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE