ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General
ERIC MIERSMA
Deputy Attorney General
State Bar No. 190819
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone:  (619) 738-9061
  Fax:  (916) 732-7920
  E-mail:  Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*E. Moreno, K. Santana, E. Duarte, L.*
*Salorio, and F. Guzman*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **CINTHIA CECILIA FLORES,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,**<br><br>Defendants. | 3:25-cv-02632-BAS-MMP<br><br>**DECLARATION OF ERIC MIERSMA RE JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE DATE [ECF NO. 30]**<br><br>Judge:        Hon. Michelle Pettit<br>Trial Date:   None Set<br>Action Filed:        10/03/2025 |

I, Eric Miersma, declare as follows:

1.     I am a Deputy Attorney General in the California Department of Justice and am counsel for Defendants in this case.  I am competent to testify to the matters in this Declaration and, if called, would so testify.  I submit this Declaration regarding the Joint Motion to Continue Mandatory Settlement Conference [ECF No. 30].

2.     The Joint Motion requests the Court continue the Mandatory Settlement Conference currently scheduled for August 7, 2026, to a date after August 21, 2026.

1

3.    Counsel for Defendants has pre-paid travel scheduled for the week of August 24, 2026, and requests that if the Court grant the continuance, the new date will be set for August 31, 2026, or later.  Counsel for Plaintiff is aware of my upcoming travel and that this declaration is being filed.

I declare under penalty of perjury that this declaration is true and correct to the best of my knowledge.  Executed August 4, 2026, in San Diego, California.

*/s/ Eric Miersma*
Eric Miersma

SD2025604821

2