# CERTIFICATE OF SERVICE

Case Name:  **Cinthia Cecilia Flores v. CDCR, et al.**          No.    **3:25-cv-02632-BAS-MMP**

I hereby certify that on <u>August 4, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF ERIC MIERSMA RE JOINT MOTION TO CONTINUE MANDATORY SETTLEMENT CONFERENCE DATE [ECF NO. 30]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 4, 2026</u>, at Los Angeles, California.

|  |  |
|---|---|
| V. Thompson | /s/ *V. Thompson* |
| Declarant | Signature |

SD2025604821