ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General
ERIC MIERSMA
Deputy Attorney General
State Bar No. 190819
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9061
Fax: (916) 732-7920
E-mail: Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*E. Moreno, K. Santana, E. Duarte, L. Salorio, and F. Guzman*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **CINTHIA CECILIA FLORES,**<br>Plaintiff,<br>**v.**<br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,**<br>Defendants. | 3:25-cv-02632-BAS-MMP<br>**JOINT MOTION TO CONTINUE PRETRIAL DATES**<br>Judge: Hon. Michelle M. Pettit<br>Trial Date: June 14, 2027<br>Action Filed: 10/03/2025 |

Defendants E. Moreno, K. Santana, E. Duarte, L. Salorio, and F. Guzman and Plaintiff Cinthia Cecilia Flores hereby jointly move to continue the deadline to depose Defendant Duarte and the date of the Mandatory Settlement Conference by three weeks and move to continue the pretrial dates for expert discovery and dispositive motions by sixty days. Defendant Duarte has undergone emergency medical surgery, and his recovery requires additional time which also affects some of the remaining pretrial dates.

## STATEMENT OF FACTS

The Court issued its Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings on February 24, 2026. (ECF No. 23.) The Court set the fact discovery cutoff for July 31, 2026, and set a Mandatory Settlement Conference for August 7, 2026. (*Id.*) The Court set September 11, 2026, and October 9, 2026, as expert discovery disclosure deadlines and November 6, 2026, as the expert discovery cutoff. (*Id.*) The Court set December 11, 2026, as the motion cutoff for dispositive motions. (*Id.*)

On July 17, 2026, the parties filed a joint motion to extend the discovery cutoff for the sole purpose of deposing Defendants Santana and Duarte. (ECF No. 26.) The Court granted the joint motion on July 21, 2026, and extended the cutoff to August 21, 2026. On August 4, 2026, the parties filed a joint motion to continue the Mandatory Settlement Conference. (ECF No. 30.) The Court granted the joint motion and continued the Mandatory Settlement Conference to September 2, 2026. (ECF No. 32.)

The parties completed the deposition of Defendant Santana on August 13, 2026. (Declaration of Miersma, ¶ 2.) The parties scheduled the deposition of Defendant Duarte for August 10, 2026, but on the morning of his deposition his doctor advised him that he needed immediate emergency eye surgery and his deposition was cancelled. (*Id.* at 3.) The parties rescheduled Defendant Duarte's deposition for August 18, 2026, but Defendant Duarte needed to cancel his

deposition the evening before due to his ongoing recovery and medication. (*Id*. at 4.) The parties will not be able to reschedule Defendant Duarte's deposition before the August 21, 2026, deadline. (*Id*. at 5.)

The parties met and conferred and agree that a three-week continuance of the deadline to depose Defendant Duarte and a three-week continuance of the Mandatory Settlement Conference is necessary given Defendant Duarte's medical condition and desire to maximize settlement negotiations. (*Id*. at 6.) The parties also agree that a continuance of these dates will require a corresponding sixty-day continuance of the expert discovery dates and deadline to file dispositive motions. (*Id*. at 7.) The parties do not seek a continuance of any other pretrial dates or the trial date. (*Id*. at 8.) This is the second requested continuance of the discovery cutoff and Mandatory Settlement Conference and first request to continue the expert discovery dates and dispositive motion deadline. (*Id*. at 9.) The parties will not be prejudiced by the requested continuances. (*Id*. at 10.)

**GOOD CAUSE EXISTS TO CONTINUE THE PRETRIAL DATES**

Good cause exists to continue the discovery cutoff and Mandatory Settlement Conference for three weeks for the sole purpose of deposing Defendant Duarte. The parties have diligently worked together to complete discovery but cannot complete Defendant Duarte's deposition until his medical condition stabilizes. Given the parties prior stipulations and discussions, good cause also exists to continue the Mandatory Settlement Conference to allow for completion of Defendant Duarte's deposition.

Good cause exists to continue the expert discovery deadlines and dispositive motion deadlines by sixty days because these date ranges will overlap with the proposed continuance of the discovery cutoff and Mandatory Settlement Conference. In addition, the parties wish to focus their efforts on completing fact discovery and settlement negotiations before incurring the time and expense for experts and dispositive motions.

The parties stipulate to the foregoing. Accordingly, the parties request the Court continue the discovery cutoff date for three weeks for the sole purpose of completing the deposition of Defendant Duarte, continue the Mandatory Settlement Conference for three weeks, and continue the expert discovery deadlines and dispositive motion deadline for sixty days.

Dated: August 20, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General

***/s/ ERIC MIERSMA***
ERIC MIERSMA
Deputy Attorney General
*Attorneys for Defendants*
*E. Moreno, K. Santana, E. Duarte, L. Salorio, and F. Guzman*

Dated: August 20, 2026

Respectfully submitted,

IREDALE AND YOO, APC

***/s/PETER BIBRING***
PETER BIBRING
*Attorneys for Plaintiff*
*Cinthia Cecilia Flores*

SD2025604821
85871838