ROB BONTA
Attorney General of California
KYLE A. LEWIS
Supervising Deputy Attorney General
ERIC MIERSMA
Deputy Attorney General
State Bar No. 190819
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: (619) 738-9061
Fax: (916) 732-7920
E-mail: Eric.Miersma@doj.ca.gov
*Attorneys for Defendants*
*E. Moreno, K. Santana, E. Duarte, L. Salorio, and F. Guzman*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **CINTHIA CECILIA FLORES,**<br>Plaintiff,<br>**v.**<br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,**<br>Defendants. | 3:25-cv-02632-BAS-MMP<br>**DECLARATION OF ERIC MIERSMA IN SUPPORT OF JOINT MOTION TO CONTINUE PRETRIAL DATES**<br>Judge: Hon. Michelle M. Pettit<br>Trial Date: June 14, 2027<br>Action Filed: 10/03/2025 |

I, Eric Miersma, declare as follows:

1. I am a Deputy Attorney General in the California Department of Justice and am counsel for Defendants in this case. I am competent to testify to the matters in this Declaration and, if called, would so testify. I submit this Declaration regarding the Joint Motion to Continue Pretrial Dates.

2. The parties completed the deposition of Defendant Santana on August 13, 2026.

3. The parties scheduled the deposition of Defendant Duarte for August 10, 2026, but on the morning of his deposition his doctor advised him that he needed immediate emergency eye surgery and his deposition was cancelled.

4. The parties rescheduled Defendant Duarte's deposition for August 18, 2026, but Defendant Duarte needed to cancel his deposition the evening before due to his ongoing recovery and medication.

5. The parties will not be able to reschedule Defendant Duarte's deposition before the August 21, 2026, deadline.

6. The parties met and conferred and agree that a three-week continuance of the deadline to depose Defendant Duarte and a three-week continuance of the Mandatory Settlement Conference is necessary given Defendant Duarte's medical condition and desire to maximize settlement negotiations.

7. The parties also agree that a continuance of these dates will require a corresponding sixty-day continuance of the expert discovery dates and deadline to file dispositive motions.

8. The parties do not seek a continuance of any other pretrial dates or the trial date.

9. This is the second requested continuance of the discovery cutoff and Mandatory Settlement Conference and first request to continue the expert discovery dates and dispositive motion deadline.

10. The parties will not be prejudiced by the requested continuances.

I declare under penalty of perjury that this declaration is true and correct to the best of my knowledge. Executed August 20, 2026, in San Diego, California.

***/s/ Eric Miersma***
Eric Miersma

SD2025604821
85873895