IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CINTHIA CECILIA FLORES,** Plaintiff, **v.** **CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,** Defendants. | Case No. 3:25-cv-02632-BAS-MMP **[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DATES** |

The Court has reviewed the Joint Motion to Continue Pretrial Dates and Declaration of Eric Miersma.

GOOD CAUSE APPEARING, the Court grants the Joint Motion. The Court continues the discovery cutoff to September 11, 2026, for the sole purpose of deposing Defendant Duarte, continues the Mandatory Settlement Conference to September 23, 2026, and continues the existing expert discovery deadlines and dispositive motion deadlines for sixty days.

Dated: ______________________

______________________
The Honorable Michelle M. Pettit