# CERTIFICATE OF SERVICE

Case Name: **Cinthia Cecilia Flores v. CDCR, et al.** Case No. **3:25-cv-02632-BAS-MMP**

I hereby certify that on August 20, 2026, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT MOTION TO CONTINUE PRETRIAL DATES**
- **DECLARATION OF ERIC MIERSMA IN SUPPORT OF JOINT MOTION TO CONTINUE PRETRIAL DATES**
- **[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE PRETRIAL DATES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 20, 2026, at San Diego, California.

| | |
|---|---|
| L. Green | L. Green |
| Declarant | Signature |

SD2025604821
85875717.docx