UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINTHIA CECILIA FLORES,<br>Plaintiff,<br>v.<br>FIDENCIO GUZMAN, et al.,<br>Defendants. | Case No.: 25-cv-2632-BAS-MMP<br>**ORDER GRANTING IN PART JOINT MOTION TO CONTINUE PRETRIAL DATES**<br>[ECF No. 33] |

Before the Court is the parties' Joint Motion to Continue Pretrial Dates. ECF No. 33. This is the parties' third request to amend the Scheduling Order. *Id.* at 2; *see also* ECF Nos. 26, 30. The parties request a three-week extension to the August 21, 2026, deadline to depose Defendant Duarte, a three-week continuance of the Mandatory Settlement Conference, currently set for September 2, 2026, and a sixty-day continuance of "the expert discovery dates and deadline to file dispositive motions." ECF No. 33 at 3.

The Court finds good cause to continue the deadline to depose Defendant Duarte and the Mandatory Settlement Conference. However, the sixty-day continuance request for all expert discovery dates and the dispositive motion deadline is excessive where a thirty-day continuance eliminates any overlap of the Duarte deposition and expert discovery.

Therefore, the Court finds a thirty-day extension of all expert discovery deadlines and all case deadlines that follow appropriate.

For good cause shown, the Court **GRANTS IN PART** the Joint Motion and **AMENDS** the Scheduling Order as follows:

| Scheduling Order Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Fact Discovery Completion | August 21, 2026[1] | September 11, 2026[2] |
| Mandatory Settlement Conference in front of Magistrate Judge Michelle M. Pettit | September 2, 2026 | October 19, 2026 at 2:00 PM |
| Expert Witness Designations | September 11, 2026 | October 9, 2026 |
| Rebuttal Expert Witness Designations | October 9, 2026 | November 6, 2026 |
| Expert Witness Disclosures | September 11, 2026 | October 9, 2026 |
| Rebuttal Expert Witness Disclosures | October 9, 2026 | November 6, 2026 |
| Expert Discovery Completion | November 6, 2026 | December 11, 2026 |
| Pretrial Motions Deadline | December 11, 2026 | January 15, 2027 |
| Rule 26(a)(3) Disclosures | March 12, 2027 | April 9, 2027 |
| Meet and Confer on the PTO | March 19, 2027 | April 16, 2027 |

---

[1] Only the depositions of Defendants IGI Lieutenant Duarte and Lieutenant K. Santana were permitted after the original July 31, 2026, fact discovery deadline. ECF No. 27.

[2] For clarity, only the deposition of Defendant Duarte may be conducted after August 21, 2026.

| Scheduling Order Event | Previous Deadline | Amended Deadline |
|---|---|---|
| Draft Pretrial Order to Opposing Counsel Deadline | March 26, 2027 | April 23, 2027 |
| Lodge Proposed Final Pretrial Conference Order | April 2, 2027 | April 30, 2027 |
| Final Pretrial Conference in front of the Honorable Cynthia Bashant | April 16, 2027 at 11:00 AM | May 14, 2027 at 11:00 AM |
| Motions in limine | April 30, 2027 | May 28, 2027 |
| Responses to motions in limine | May 14, 2027 | June 11, 2027 |
| Parties submit:<br><br>(1) joint proposed jury instructions; (2) proposed verdict form; (3) voir dire questions; (4) statement of the case; and (5) exhibits (in digital format in lieu of physical binders). | May 14, 2027 | June 11, 2027 |
| Exchange final exhibit and witness lists | June 7, 2027 | July 6, 2027 |
| Motions in limine hearing | June 4, 2027 at 10:30 AM | July 2, 2027 at 10:30 AM |
| Trial | June 14, 2027 at 9:00 AM | July 12, 2027 at 9:00 AM |

All other dates and substantive provisions of the Court's Scheduling Order, ECF No. 23, remain in effect.

**IT IS SO ORDERED.**

Dated: August 24, 2026

*Michelle M. Pettit*
HON. MICHELLE M. PETTIT
United States Magistrate Judge